# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Griesa, Thomas P. | United States District Court | 11/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2015<br>to<br>12/31/2015 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

United States District Court
500 Pearl Street, Room 1630
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 11/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 11/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank (Checking Account) | A | Interest | K | T | | | | | |
| 2. AT&T (T) | C | Dividend | K | T | | | | | |
| 3. Alcatel-Lucent (ALU) | | None | J | T | | | | | |
| 4. Ameren (AEE) | B | Dividend | K | T | | | | | |
| 5. Comcast (CMCSA) | A | Dividend | J | T | | | | | |
| 6. Exelon (EXC) | A | Dividend | K | T | | | | | |
| 7. Great Plains Energy (GXP) | B | Dividend | K | T | | | | | |
| 8. Southern Co. (SO) | D | Dividend | M | T | | | | | |
| 9. Western Asset NY Municipals | E | Dividend | P1 | T | | | | | |
| 10. Nationwide Life Annuity (variable) (H) | | | | | | | | | |
| 11. - American Century Inflation Protected Fund | | None | N | T | | | | | |
| 12. - Nationwide High Income Bond Portfolio | | None | M | T | | | | | |
| 13. - Franklin Income VIP Portfolio | | None | O | T | | | | | |
| 14. - Nationwide American Fund Bond Fund II | | None | N | T | | | | | |
| 15. IRA for T.P. Griesa: Bond Fund of America (see note) | A | Interest | K | T | | | | | |
| 16. IRA for C.M. Griesa: Bond Fund of America (see note) | A | Interest | K | T | | | | | |
| 17. NEW YORK NY SUBSER C-1 (CUSIP 64966G-M6-6) | B | Interest | | | Matured | 04/20/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  NEW YORK NY SUBSER I-1 (CUSIP 64966G-S4-5) | B | Interest | K | T | | | | | |
| 19.  NEW YORK NY SUBSER H-1 (CUSIP 64966H-GW-4) | B | Interest | K | T | | | | | |
| 20.  NEW YORK ST ENV. FACS CORP (CUSIP 64985Y-CW-8) | B | Interest | | | Matured | 12/15/15 | K | | |
| 21.  NEW YORK ST ENV. FACS CORP (CUSIP 64985Y-FY-1) | A | Interest | K | T | | | | | |
| 22.  NEW YORK ST DORM AUTH ST PERS INCOME (CUSIP 649902-LM-3) | B | Interest | K | T | | | | | |
| 23.  NEW YORK STTWY AUTH GEN REV SER H FSA-CR (CUSIP 650009-WE-9) | B | Interest | K | T | | | | | |
| 24.  NEW YORK ST URBAN DEV CORP REV (CUSIP 650035-GB-8) | B | Interest | K | T | | | | | |
| 25.  NEW YORK NY RFDG-SER K (CUSIP 64966E-DM-6) | | None | | | Matured | 09/14/15 | K | | |
| 26.  NEW YORY NY CITY MUN WTR FIN AUTH WTR (CUSIP 64972F-XL-5) | B | Interest | K | T | | | | | |
| 27.  NEW YORK NY CITY TRANSITIONAL FIN (CUSIP 64971Q-CU-5) | B | Interest | K | T | | | | | |
| 28.  NEW YORK ST RFDG-SER C (CUSIP 649787-P3-6) | B | Interest | | | Matured | 04/20/15 | L | | |
| 29.  NEW YORK ST DORM AUTH REVS ST (CUSIP 64990H-BP-4) | B | Interest | | | Matured | 02/15/15 | L | | |
| 30.  NEW YORK ST TWY AUTH ST PERS INCOME TAX (CUSIP 650028-LC-5) | B | Interest | K | T | | | | | |
| 31.  NEW YORK NY SER D (CUSIP 64966G-AL-6) | B | Interest | L | T | | | | | |
| 32.  NEW YORK NY SUBSER D-1-AMBAC TCRS-BNY (CUSIP 64966G-ZX-3) | B | Interest | K | T | | | | | |
| 33.  FT UNIT 3814 MUNICIPAL INCOME (30280S-46-0) | D | Dividend | | | Sold | 09/30/14 | M | A | |
| 34.  FT UNIT 3197 MLP CLOSED END FD & ENERGY (CUSIP 30278P-21-3) | | | | | Matured | 11/01/13 | L | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. INVESTORS QUALITY TAX EXEMPT TR (CUSIP 46172E-42-7) | E | Dividend | O | T | | | | | |
| 36. NEW YORK NY PRE-RFND SER-K (64966KUQ4) | A | Interest | | | Matured | 08/03/15 | J | | |
| 37. NEW YORK NY UNREFUNDED (64966KUU5) | A | Interest | J | T | Spinoff (from line 25) | 12/10/12 | J | | |
| 38. NEW YORK NY ETC FED-SER B (64966HD31) | C | Interest | M | T | Buy | 07/01/14 | M | | |
| 39. FT UNIT 4216 INT RATE HEDGE PORT SER 68 (30281P168) | C | Dividend | | | Matured | 05/14/15 | M | | |
| 40. FT UNIT 4410 MLP CLOSED END FD & ENERGY PORT SER 29 (30282E451) | C | Dividend | | | Matured | 09/03/15 | M | | |
| 41. FT UNIT 4495 INTL CAP STRENGTH PORT SER 18 (30282P167) | C | Dividend | | | Matured | 11/27/15 | M | | |
| 42. FT UNIT 5045 MUN INCOME SELECT CLOSED SER 63 (30284W350) | D | Dividend | M | T | Buy | 9/25/14 | | | |
| 43. | | | | | | | | | |
| 44. Assets Trust #1 (H) | G | Int./Div. | P2 | T | | | | | |
| 45. -AT&T Inc. | | | | | | | | | |
| 46. -WPX Energy Inc. | | | | | | | | | |
| 47. -Apache Corp. | | | | | Sold | 12/29/14 | N | | |
| 48. -CSX Corp. | | | | | | | | | |
| 49. -Comcast Corp | | | | | | | | | |
| 50. -DirectTV Group Inc. | | | | | Sold | 07/25/15 | N | G | |
| 51. -Franklin Resources Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -P H Glatfelter Co. | | | | | | | | | |
| 53. -Great Plains Energy Inc. | | | | | | | | | |
| 54. -Hershey | | | | | | | | | |
| 55. -Host Hotels & Resorts Inc. | | | | | | | | | |
| 56. -Kansas City Southern Inds | | | | | | | | | |
| 57. -Kellogg Co. | | | | | | | | | |
| 58. -Kimberly Clark Corp. | | | | | | | | | |
| 59. -Monsanto | | | | | | | | | |
| 60. -Neenah Paper Inc. | | | | | | | | | |
| 61. -News Corp. Class A | | | | | | | | | |
| 62. -Pitney Bowes Inc. | | | | | Sold | 12/29/14 | K | B | |
| 63. -Principal Financial Group Inc. | | | | | | | | | |
| 64. -Starwood Hotels & Resorts | | | | | | | | | |
| 65. -Time Warner Inc. | | | | | | | | | |
| 66. -Time Warner Cable | | | | | | | | | |
| 67. -US Bancorp | | | | | | | | | |
| 68. -Union Pacific Corp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Williams Cos Inc. | | | | | | | | | |
| 70. -Wisconsin Energy Corp Holding Co. | | | | | | | | | |
| 71. -Franklin Real Estate Securities FD Class A | | | | | | | | | |
| 72. -Vanguard Information Technology | | | | | | | | | |
| 73. -Royal Bank of Scotland | | | | | Sold | 02/29/14 | K | | |
| 74. -Twenty First Century Centy Fox Inc(X) | | | | | | | | | |
| 75. -Time Inc(X) | | | | | | | | | |
| 76. -Halyard Health Inc(X) | | | | | | | | | |
| 77. -Centerpoint Energy | | | | | | | | | |
| 78. -Microsoft | | | | | | | | | |
| 79. -Mondelez Intl Inc | | | | | | | | | |
| 80. -Hewlett Packard | | | | | Sold | 11/03/15 | J | | |
| 81. -Intel Corp. | | | | | | | | | |
| 82. -American Fund Euro Pacific Growth Fund | | | | | | | | | |
| 83. -Templeton Bric Fund | | | | | | | | | |
| 84. -Columbia Marsico Fund | | | | | | | | | |
| 85. -Oppenheimer Developing Mkrts. Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 11/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Verizon | | | | | | | | | |
| 87. -Thornburg International Value Fund | | | | | | | | | |
| 88. -JP Morgan Chase | | | | | | | | | |
| 89. -Kraft Foods/Heinz Merger | | | | | | | | | |
| 90. -Johnson & Johnson | | | | | | | | | |
| 91. -US Treasury Inflation Index Notes | | | | | | | | | |
| 92. -CitiBank Bank Deposit Program | | | | | | | | | |
| 93. -US Treasury Bills | | | | | | | | | |
| 94. -SPDR Gold Trust | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griesa, Thomas P. | 11/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 26, 37, and 38:  The item at line 26 has been partial pre-refunded through the items at lines 37 and 38.

Part VII, line 34:  This item matured shortly before the beginning of the reporting period.

Part VII, lines 41 and 42:  These items were acquired shortly before the beginning of the reporting period.

Part VII, lines 81-83:  These items were inherited on 6/1/06.

Part VII, lines 86:  This item was acquired prior to the reporting period and inadvertently omitted from previous reports.


Line 65 on Part VII of the 2014 report (Pepco Holdings Inc.) was an error. This item was disposed of in a previous reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Griesa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544